1029541

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
MAY 26 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

RICHARD VANENBURG (L J)
a/k/a Fat Don

## WARRANT FOR ARREST

CASE NUMBER: 1:05-M-77M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Richard Vanenburg, a/k/a Fat Don
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Distributing five (5) grams or more of a mixture and substance containing a detectable amount of cocaine base, in violation of 21 U.S.C. Secs. 841(a)(1) and (b)(1)(B); and, possessing a firearm after having been previously convicted of a crime punishable by imprisonment for more than one year, in violation of 18 U.S.C. Sec. 922(g)(1)

in violation of Title 21 and 18 United States Code, Section(s) [21] 841(a)(1)&(b)(1)(B); [18] 922(g)(1)

| | |
|---|---|
| DAVID L. MARTIN | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| David L. Martin | 5/26/05 Providence, RI |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ______ by ______
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
235 Post Rd. Westerly, CT

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/26/05 | Ed Troiano | E. Troiano |
| DATE OF ARREST 5/25/05 | Special Agent, ATF | |

This form was electronically produced by Elite Federal Forms, Inc.