**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR. No. 1:05-M-077M** |
| | : | |
| **RICHARD VANENBURG** | : | |

**JOINT MOTION TO CONTINUE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

Now comes the United States, by and through its attorneys, Robert Clark Corrente, United States Attorney and Stephen G. Dambruch, Assistant United States Attorney, and Richard Vanenburg, by and through his attorney, Edward C. Roy, Assistant Federal Defender, and, pursuant to 18 U.S.C. §3161(h), move to continue the proceedings in the above-captioned matter for an additional period of sixty (60) days and to exclude that sixty (60) day time period from the operation of the time limit imposed by the Speedy Trial Act. Specifically, 18 U.S.C. § 3161(b) imposes a 30-day time period, from the date of arrest, within which an information or indictment must be filed. Here, the parties are jointly requesting the sixty (60) day continuance and have both agreed that the period from June 24, 2005, through August 22, 2005, should be excluded from the § 3161(b) time limit pursuant to 18 U.S.C. § 3161(h).

The reasons for granting this Motion are as follows:

1. The parties are engaged in plea negotiations which may

lead to the prompt resolution of the complaint, thus fulfilling one of the purposes of the Speedy Trial Act. See 18 U.S.C. §3161(h)(1)(I).

2. The defendant is aware of and waives his right to have this matter submitted to the grand jury for indictment within thirty (30) days of his arrest on the complaint.

3. The ends of justice served by the granting of this motion outweigh the best interest of the public and the defendant in a speedy trial.

I read the above on June 16, 2005 and agree with the request made by my attorney.

Richard Vanenburg

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney

EDWARD C. ROY
Assistant Federal Defender
Counsel for the Defendant