IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. No. CR 05 121 ML |
| | : | |
| | : | In Violation of 21 U.S.C. §§ |
| v. | : | 841(a)(1) and (b)(1)(B); 18 |
| | : | U.S.C. § 924(c)(1)(A); and, |
| RICHARD VANENBURG | : | 18 U.S.C. § 922(g)(1) |

INDICTMENT

The Grand Jury charges that:

Count I

On or about May 25, 2005, in the District of Rhode Island, the defendant, RICHARD VANENBURG, did knowingly and intentionally distribute five grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

Count II

On or about May 25, 2005, in the District of Rhode Island, the defendant, RICHARD VANENBURG, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, did knowingly and intentionally possess two firearms, to wit, a Smith and Wesson, model 469, 9mm, semi-automatic pistol and a Bryco, model 38, .380 caliber, semi-automatic pistol, in violation of 18 U.S.C. § 924(c)(1)(A).

COUNT III

On or about May 25, 2005, in the District of Rhode Island, the defendant, RICHARD VANENBURG, having been previously convicted of a crime punishable by a term exceeding one year, did knowingly and intentionally possess, in and affecting commerce, two firearms, to wit, a Smith and Wesson, model 469, 9mm, semi-automatic pistol and a Bryco, model 38, .380 caliber, semi-automatic pistol, in violation of 18 U.S.C. § 922(g)(1).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney

MARY E. ROGERS
Assistant U.S. Attorney
Chief, OCDETF Unit

Dated: 10/19/05