AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

USA
v.
Richard Vanenburg

**APPEARANCE**

Case Number: CR05-121ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Richard Vanenburg

I certify that I am admitted to practice in this court.

10-26-05
Date

[signature]
Signature

Edward C. Roy Jr. 3029
Print Name Bar Number

10 WEYBOSSET STREET
Address

| PROVIDENCE | RI | 02903 |
|---|---|---|
| City | State | Zip Code |

| (401) 528-4281 | (401) 528-4285 |
|---|---|
| Phone Number | Fax Number |