**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CR. No. 05-121ML** |
| | : | |
| | : | **Violation of Section 851** |
| **v.** | : | **of Title 21, U.S.C.** |
| | : | |
| | : | |
| **RICHARD VANENBURG** | : | |

**INFORMATION CHARGING PRIOR OFFENSE**

I, Robert Clark Corrente, United States Attorney for the District of Rhode Island, do accuse the defendant, RICHARD VANENBURG, who was charged by the United States Grand Jury in the District of Rhode Island on the 19th day of October, 2005 in Count 1 of an indictment with distribution of five grams or more of a mixture and substance containing a detectable amount of cocaine base, a schedule II controlled substance, in violation of 21 U.S.C. §§841(a)(1)&(b)(1)(B), of having been previously convicted of two felony drug offenses as described below:

1. On or about February 20, 1992, RICHARD VANENBURG, was convicted in the State of Connecticut (docket number CR91-0202291-S) of one count of possession of narcotics, a felony drug offense under state law, and was sentenced to a term of seven years suspended and a three year conditional discharge.

2. On or about June 6, 2000, RICHARD VANENBURG, was convicted in the State of Connecticut (docket number CR99-

0253966-T) of one count of sale of hallucinogen/narcotic, a felony drug offense under state law, and was sentenced to a term of ten years, two years to serve and three years probation.

WHEREFORE, the United States of America gives notice under 21 U.S.C. §851 that defendant RICHARD VANENBURG, has previous convictions for felony drug offenses and therefore is subject to a fine of not more than four million dollars ($4,000,000) and a term of imprisonment of not less than ten (10) years and not more than life imprisonment.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney

Certificate of Service

I hereby certify that on the 17 th day of November, 2005, a copy of the within "Information Charging Prior Conviction" was mailed, postage prepaid, to Edward C. Roy, Assistant Federal Defender, 10 Weybosset Street, Third Floor, Providence, Rhode Island 02903.

[signature]