UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
NOV 30 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 05-121 ML

RICHARD VANENBURG :

**MOTION TO CONTINUE TRIAL**

NOW comes the defendant, Richard Vanenburg, and moves to continue the trial in this matter. The defendant seeks an additional period of time, through the Court's trial calendar call in February of 2006, in order to pursue motions relating to two government informants, who are percipient witnesses in this case, and to pursue additional investigation. The time that is sought by this motion is excludable under 18 U.S.C. § 3161(h)(8)(A), as the interests of justice served by the granting of this request outweigh the interests of the Government and the defendant in a speedy trial.

Richard Vanenburg,
By his attorney,

EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281

Granted.
Mary M. Lisi
USDJ 12/1/05

# CERTIFICATION

On the 30th day of November, 2005, I hereby certify that I hand-delivered a copy of the within to Stephanie Browne, AUSA, at her office address on this date.