**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

FILED
FEB 22 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES OF AMERICA** )
)
**VS.** ) **CR No. 05-121ML**
)
**RICHARD VANENBURG** )

---

**MOTION TO SEAL**

Now comes the accused, Richard Vanenburg, by and through his counsel, and moves to seal the defendant's motion to continue and attached memorandum.

Respectfully submitted
Richard Vanenburg
By his attorney,

Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of this motion, to Stephanie S. Browne, Assistant United States Attorney, Dennis Jenkins, USPO on February 22nd, 2006.

Granted.
Mary M. Lisi
USDJ 2/23/06