UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 05-121 ML

RICHARD VANENBURG :

**MOTION TO CONTINUE SENTENCING**

NOW comes the defendant and moves to continue sentencing to allow defense counsel the opportunity to research issues that the defendant broached for the first time on Friday, January 23, 2006. The issues may potentially implicate a conflict of interest for defense counsel, which forms the basis for the request to continue. Defense counsel requests sixty (60) days for a new sentencing date.

RICHARD VANENBURG,
By his attorney,

EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of the within to Stephanie Browne, AUSA and to the United States Probation Office on the 26th day of June, 2006.