UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 05-121 ML

RICHARD VANENBURG

MEMORANDUM AND ORDER

The Defendant has filed a Motion for Sentence Reduction pursuant to 18 U.S. C. § 3582. He bases his request on the recently amended "crack" cocaine guideline. As the Government states in its memorandum in opposition, Defendant was sentenced to 120 months on Counts I and III, the statutory mandatory minimum penalty for those offenses, and a term of 60 months to run consecutive to the terms imposed on Counts I and III for the offense in Count II. The sentence on Count II is also a statutory minimum sentence, and, as required by law, was imposed to run consecutive to the 120 months imposed on Counts I and III. This Court, therefore, has no authority to reduce Defendant's sentence. Accordingly, his Motion is DENIED.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
June 9, 2008